IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                  4:12CR00246-7 DPM

MISTY POLSTON

## **ORDER**

The Court's September 13, 2012 Order Setting Conditions of Release (docket entry #106) is MODIFIED as follows:

(1) Defendant shall refrain from any use of alcohol; and

(2) Defendant shall participate in a program of inpatient or outpatient substance abuse and counseling if her pretrial services officer considers it advisable.

IT IS SO ORDERED this 19th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE