# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:12CR00246-15 DPM

STEPHANIE LYNN GONZALEZ

## **ORDER**

The Court's September 13, 2012 Order Setting Conditions of Release (docket entry #66) is MODIFIED as follows:

(1) Once Defendant has completed thirty days of inpatient drug treatment, she shall participate in chemical-free living until the final disposition of her case; and

(2) Defendant shall submit to any drug testing as required by her pretrial services officer.

IT IS SO ORDERED this 19th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE