# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:12CR00246-18 DPM

LLOYD HART

## **ORDER**

On September 13, 2012, the Court entered an Order Setting Conditions of Release (docket entry #115) which required Defendant to complete inpatient drug treatment, followed with chemical-free living until the final resolution of all charges in this case.

Defendant's Pretrial Services Officer ("PTSO") has contacted the Court and requested a modification of Defendant's conditions. The PTSO indicates that Defendant has successfully completed inpatient drug treatment. However, Defendant's drug-treatment counselor has recommended that, in lieu of chemical-free living, Defendant participate in twice-monthly treatment sessions, with drug testing.

The Court will modify Defendant's conditions of release to require him to participate in drug treatment as directed by his PTSO. However, Defendant is cautioned that, if he tests positive for drugs, chemical-free living will no longer be an

option and he will be detained.

IT IS SO ORDERED this 24th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE