IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 4:12-cr-246-DPM-4

SAMUEL VENTURA-FUENTES                                      DEFENDANT

ORDER

On 15 May 2013 the Court granted the Government's oral motion to dismiss the Indictment in this case as against Samuel Ventura-Fuentes pursuant to Mr. Ventura's plea agreement in another case, number 4:13-cr-66-DPM. The Court asked that David Cannon, Mr. Ventura's lawyer in this case, confirm that he was aware of and involved in the agreement to resolve all the charges against his client. Mr. Cannon has done so. № 444. The Court therefore confirms its dismissal of all charges against Samuel Ventura-Fuentes in this case. And Mr. Cannon is relieved as counsel, with the Court's thanks.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

23 May 2013