IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA   PLAINTIFF

v.   No. 4:12-cr-246-DPM-11

ENOC GARCIA   DEFENDANT

ORDER

The United States' unopposed motion, № 470, is granted. FED. R. CRIM. P. 48(a). The indictment, № 3, is dismissed without prejudice as to Enoc Garcia. His bond is discharged.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 June 2013